ORIGINAL

FILED

MAY - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| STEPHEN LARUSSO | Case No. 06-50424 MM |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467843 for an unclaimed dividend in the amount of $8.38.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

   STEPHEN LARUSSO
   600 MARATHON DR APT #64
   CAMPBELL, CA  95008

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE